MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Joshua Briones (SBN 205293)
E. Crystal Lopez (SBN 296297)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
jbriones@mintz.com
eclopez@mintz.com

Attorneys for Defendant
POPEYES LOUISIANA KITCHEN, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JACOB MEIER, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>      vs.<br><br>POPEYES LOUISIANA KITCHEN, INC., a Minnesota corporation,<br><br>                    Defendant. | Case No. 8:15-cv-01785-AG-KES<br><br>**JOINT NOTICE OF PENDING SETTLEMENT**<br><br>Current Status Conference:<br>Date:  August 8, 2016<br>Time:  9:00 a.m.<br>Courtroom:  10D<br><br>Judge:    Judge Andrew J. Guilford |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiff Jacob Meier ("Plaintiff") and Defendant POPEYES LOUISIANA KITCHEN, INC. ("Defendant") have reached an agreement to resolve this matter. The parties are currently drafting the appropriate settlement documents and intend to file a Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than August 22, 2016.

1

1  The parties advise the Court that the Status Conference set for this Monday,
2  August 8, 2016 can be taken off calendar.

3

4  Dated: August 5, 2016                    Respectfully submitted,

5                                           PARISI & HAVENS LLP

6
                                            /s/ Suzanne Havens Beckman
7                                           David Parisi
                                            Suzanne Havens Beckman
8
                                            Attorneys for Plaintiff
9                                           JACOB MEIER

10 Dated: August 5, 2016                    MINTZ LEVIN COHN FERRIS
                                            GLOVSKY AND POPEO P.C.
11

12                                          /s/ E. Crystal Lopez
                                            Joshua Briones
13                                          E. Crystal Lopez

14                                          Attorneys for Defendant
                                            POPEYES LOUISIANA KITCHEN,
15                                          INC.

16                     **SIGNATURE CERTIFICATION**

17      Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this

18 document is acceptable to Suzanne Havens Beckman, attorney for Plaintiff, and that I

19 obtained Ms. Beckman's authorization to file this document.

20

21

22                                    By: /s/ E. Crystal Lopez
                                          E. Crystal Lopez
23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on August 5, 2016, I electronically filed the **JOINT NOTICE OF PENDING SETTLEMENT** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registered parties.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2016, at Los Angeles, California.

*Diane Hashimoto*
DIANE HASHIMOTO

56233017v.1